UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>　　　　　　Plaintiff,<br><br>　　　　-vs-<br><br>JAMES MAES BUILDING LLC and FULL THROTTLE BOTTLES LLC, individually,<br><br>　　　　　　Defendants. | Cause No. 2:21-cv-456  RSL-TLF<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

　　Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

　　**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

　　Dated this 19th day of January, 2022.

_____
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL

Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 493-1084